AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED

District of ~~OFFICE~~ Massachusetts

2004 JUN 17 P 12: 39

Vidya Jagannathan

**V.**

Sandra T. Bushey, and

The U.S. Department of Homeland
Security, Bureau of Citizenship
and Immigration Services

U.S. DISTRICT COURT
DISTRICT OF MASS

## SUMMONS IN A CIVIL CASE

# 04  11316 PBS

**CASE NUMBER:**

TO: (Name and address of Defendant)

Sandra T. Bushey
75 Lower Weldon St.
St. Albans, VT 05479

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard M. Green
57 East Main St. Suite 211
Westborough, MA 01581

an answer to the complaint which is herewith served upon you, within __sixty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 1 5 2004

TONY ANASTAS

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6/16/04 |
|---|---|
| NAME OF SERVER *(PRINT)* Richard M. Green | TITLE Attorney at Law |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail pursuant to F.R.C.P. rule 4(i)
See attached certificate of Service.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/16/04___
Date

_____
Signature of Server

50 E. Main St. Suite 211, Westboro, MA 01581
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I, Richard M. Green, declare under the pains and penalties of perjury pursuant to the laws of the United States and FRCP Rule 4(i), that a copy of the attached summons and complaint were mailed via certified mail, return receipt requested, to the following individuals:

Civil Intake Clerk
Office of the U. S. Attorney
1 Courthouse Way
John Joseph Moakley Federal Courthouse
Boston, MA 02210

John Ashcroft, Esquire
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and

Sandra T. Bushey
U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services
Vermont Service Center
75 Lower Weldon St.
Saint Albans, VT 05479

Date: 6/16/04

Richard M. Green