UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETSS

| | |
|---|---|
| VIDYA JAGANNATHAN,  )<br>  )<br>       Petitioner,  )<br>  )<br>       v.  )<br>  )<br>SANDRA T. BUSHEY, Acting Center  )<br>Director of the Vermont Service Center  )<br>of the Bureau of Citizenship and  )<br>Immigration Services, and  )<br>THE UNITED STATES DEPARTMENT  )<br>OF HOMELAND SECURITY, BUREAU  )<br>OF CITIZENSHIP AND IMMIGRATION  )<br>SERVICES,  )<br>  )<br>       Respondents.  ) | Civil Action<br>No. 04CV11316-PBS |

## RESPONDENTS' ASSENTED TO MOTION FOR AN EXTENSION UNTIL NOVEMBER 1, 2004 TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Respondents hereby move for an extension until November 1, 2004, to answer or otherwise respond to the instant Complaint.

The instant Mandamus Complaint seeks to compel the Bureau of Citizenship and Immigration Services to adjudicate the Plaintiff's petition seeking adjustment of status. On June 17, 2004, the United States Attorney's Office was provided with a copy of the Petition. A continuance to answer or otherwise respond until September 15, 2004, was previously granted

Counsel for the Respondents believes this to be an action that may resolved without further action by this court. In this regard, Immigration officials are currently processing the Plaintiff's request and it is reasonably anticipated that the adjudication may be completed within the period of the requested extension. Such adjudication would moot the instant mandamus

action. Thus, the extension serves the interest of judicial economy in that it is likely to obviate the need for action by this court.

Counsel for the Plaintiff has assented to the requested extension.

Wherefore, the Respondents request that this Court allow an extension, until November 1, 2004, to answer or otherwise respond to the Petition.

>Respectfully submitted,
>MICHAEL SULLIVAN
>United States Attorney
>
>By:  /s/ Mark J. Grady
>    Mark J. Grady
>    Assistant U.S. Attorney
>    John J. Moakley Courthouse
>    One Courthouse Way, Suite 9200
>    Boston, MA 02210
>    (617) 748-3136

CERTIFICATE UNDER L.R. 7.1

Counsel have conferred and the Plaintiff has, through counsel, assented to the motion.

>/s/ Mark J. Grady
>Mark J. Grady
>Assistant United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 13th day of September 2004, service of the foregoing Motion has been made upon counsel for the Petitioner, Richard M. Green, 57 East Main Street, Suite 211, Westborough, MA 01581, by depositing a copy in the United States mail, postage prepaid.

>/s/ Mark J. Grady
>Mark J. Grady
>Assistant United States Attorney