UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| Vidya Jagannathan, individually,<br>  Plaintiff<br>v.<br><br>Sandra T. Bushey, Acting Center Director<br>of the Vermont Service Center of the<br>Bureau of Citizenship and<br>Immigration Services,<br><br>and<br><br>The U.S. Department of Homeland Security<br>Bureau of Citizenship and Immigration<br>Services.<br>  Defendants. | Case No. 04 11316 PBS |

NOTICE OF DISMISSAL

Petitioner Vidya Jagannathan, through counsel, pursuant to F.R.Civ. P. Rule 41(a), respectfully requests this honorable court to dismiss the above captioned action with prejudice.

Date: November 4, 2004

Respectfully submitted,
Vidya Jagannathan
By her Attorney

Richard M. Green
57 East Main St. Suite 211
Westborough, MA 01581
BBO# 650973
Tel:   (508) 616-0024
Fax:   (508) 616-0221

## CERTIFICATE OF SERVICE

I hereby certify that the attached NOTICE OF DISMISSAL was served this day by first class mail postage prepaid to:

>Mark Grady, Esq.
>Office of the U.S. Attorney
>John Joseph Moakely Courthouse
>One Courthouse Way, Suite 9200
>Boston, MA 02210

November 4, 2004

_____
Richard M. Green
Attorney for Plaintiff